UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CARL DOUGLAS SMITH,                              Case No. 26-cv-499 (LMP/DLM)

                  Plaintiff,

v.                                               **ORDER ADOPTING
                                                 REPORT AND RECOMMENDATION**

LISA STENSETH, VICTOR
WANCHENA, ASHLEE BERTS,
JOSHUA BARNES, BRANDEN
TATUM, JOHN DOE, and JANE DOE,

                  Defendants.

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 9, of United States Magistrate Judge Douglas L. Micko, which recommends dismissing Plaintiff Carl Douglas Smith's Complaint, ECF No. 1, without prejudice for failure to prosecute. The R&R also recommends denying Smith's application to proceed *in forma pauperis* as moot. ECF No. 6. No objections have been filed to the R&R in the time period permitted, so it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The R&R (ECF No. 6) is **ADOPTED**;

2.      Smith's complaint (ECF No. 1) is **DISMISSED** without prejudice; and

3.      Smith's motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as

moot.

Dated: March 17, 2026                          *s/Laura M. Provinzino*
                                               Laura M. Provinzino
                                               United States District Judge